

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Lizbeth Citlady REYES-Hernandez, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. '21 MJ01518 <br><br> COMPLAINT FOR VIOLATION OF <br> Title 8 U.S.C. Section <br> 1324(a)(2)(B)(iii)- <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant being duly sworn states:

On or about April 22, 2021, within the Southern District of California, Defendant Lizbeth Citlady REYES-Hernandez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Wei CHEN and Jian Hui ZHENG, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 23rd of April 2021.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Wei CHEN and Jian Hui ZHENG, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On April 22, 2021, at approximately 1:57 P.M., Lizbeth Citlady REYES-Hernandez (Defendant), a citizen of Mexico, made application for admission to the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a Hyundai Accent. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her United States SENTRI Card along with her valid B1/B2 border crossing card and said she was going to Chula Vista, California with nothing to declare from Mexico. The CBP Officer conducted an inspection of the vehicle's trunk and observed two individuals attempting to elude inspection. The CBP Officer radioed for assistance and responding officers escorted the Defendant to the security office for further inspection. Responding officers also drove the vehicle to the vehicle secondary lot for further processing.

In secondary, CBP Officers inspected the trunk of the vehicle and discovered two individuals concealed within the trunk. CBP Officers assisted in removing the individuals from the trunk and they were later identified as Wei CHEN (MW1) and Jian Hui ZHENG (MW2). The individuals were determined to be citizens of China without lawful documents to enter the United States and are being held as Material Witnesses.

At approximately 3:01 P.M., Defendant was advised of her Miranda rights and elected to make a statement. Defendant denied knowledge of the individuals concealed within her vehicle. Defendant stated the vehicle belongs to her and she was going to Chula Vista, California to pick up her children from school.

A videotaped interview was conducted with Material Witnesses. Material Witnesses stated they are citizens of China without lawful documents to enter or reside in the United States. Material Witnesses stated they made the smuggling arrangements. MW 1 stated he was going to pay a smuggling fee of $2,000.00 USD and had a destination of Los Angeles, California. MW2 stated he was going to New York and was going to pay a smuggling fee of $5,000.00 USD.